IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 14-22649-7 RDB |
| CHRISTOPHER J. SIMMONS ) | |
| Debtor ) | |

OBJECTION TO CLAIM #4-1 FILED BY THE
KANSAS UNIVERSITY ENDOWMENT ASSOCIATION,
COMBINED WITH NOTICE

COMES NOW the Chapter 7 Trustee of the above and foregoing bankruptcy estate, Christopher J. Redmond (the "Trustee"), and hereby enters his Objection to Claim #4-1 filed on March 27, 2015 by the Kansas University Endowment Association and states as follows:

1. Claim #4-1 was filed on by the Kansas University Endowment Association, in the amount of $9,114.48 as an unsecured debt.

2. No documentation was attached to support this Proof of Claim filed on behalf of the Kansas University Endowment Association.

3. The Debtor did not schedule a debt owing to the Kansas University Endowment Association.

Therefore, the Trustee requests that Claim #4-1 filed herein on by the Kansas University Endowment Association be denied in its entirety and be disallowed participation of any distribution in this matter, unless within the timeframe provided herein, Claimant can provide evidence to the Trustee that this is a valid unsecured claim of this Claimant.

DATED: May 26, 2015

*s/ Christopher J. Redmond*
CHRISTOPHER J. REDMOND, KS BAR #7307
Chapter 7 Trustee
*HUSCH BLACKWELL LLP*
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: 816-983-8000
Facsimile: 816-983-8080
christopher.redmond@huschblackwell.com

KCP-4591634-1

## NOTICE OF OBJECTION AND DEADLINE FOR WRITTEN RESPONSE

TO: The Kansas University Endowment Association
c/o Bessine Walterbach, LLP
3000 NE Brooktree Lane, Suite 100
Kansas City, MO 64119
*Claimant*

Christopher J. Simmons
66 S. 18th St.
Kansas City, KS 66102
*Debtor*

NOTICE IS HEREBY GIVEN that unless you file a written response to the above Objection with the Clerk of the United States Bankruptcy Court, 161 U.S. Courthouse, 500 State Avenue, Kansas City, Kansas, 66101, and request a hearing on or before **June 16, 2015**, the Court will sustain the Trustee's Objection without further notice. If you file a response, the Court will conduct a hearing on **July 23, 2015, at 9:30 a.m.**, or as soon thereafter as the Court may hear the same, at the U. S. Courthouse, 500 State Avenue, Courtroom 151, Kansas City, Kansas.

*s/ Christopher J. Redmond*

## CERTIFICATE OF MAILING

I hereby certify that on May 26, 2015, the above and foregoing document was filed electronically using CM/ECF and a true and correct copy of the above and foregoing was served as follows:

  X   upon filing, the CM/ECF system sent notification to the Office of the United States Trustee, Debtor(s)' counsel and all parties participating in the CM/ECF system in this matter.

  X   via U.S. Mail, first class, postage prepaid and properly addressed to the following parties:

The Kansas University Endowment Association
c/o Bessine Walterbach, LLP
3000 NE Brooktree Lane, Suite 100
Kansas City, MO 64119

Christopher J. Simmons
66 S. 18th St.
Kansas City, KS 66102

*s/ Cindy Houser*