IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re: )
    ) Case No. 14-22649-7 RDB
CHRISTOPHER J. SIMMONS )
    Debtor. )

NOTICE TO WITHDRAW DOC# 33 AS WRONG IMAGE ATTACHED

COMES NOW the Chapter 7 Trustee herein, Christopher J. Redmond, and hereby withdraws the Doc# 33 as the wrong image was attached.

Dated: June 8, 2015.

Respectfully submitted,

*s/ Christopher J. Redmond*
CHRISTOPHER J. REDMOND, KS #7307
Chapter 7 Trustee
*Husch Blackwell LLP*
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080

CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2015, the above and foregoing document was filed electronically using CM/ECF and a true and correct copy of the above and foregoing was served as follows:

__X__ upon filing, the CM/ECF system sent notification to the Office of the United States Trustee, Debtor(s)' counsel and all parties participating in the CM/ECF system in this matter.

*s/ Cindy Houser*

KCP-4483633-15