IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:                                              )
                                                    )        Case No. 14-22649-7 RDB
CHRISTOPHER J. SIMMONS                              )
                        Debtor.                     )

### NOTICE TO WITHDRAW TRUSTEE'S
### OBJECTION TO CLAIM #4-1

     COMES NOW the Chapter 7 Trustee herein, Christopher J. Redmond, and hereby withdraws the Trustee's Objection To Claim #4-1 of Kanas University Endowment Association and Notice of Objection Deadline (Doc# 30), filed on May 26, 2015, as this Claimant has provide documentation to support said Claim, thereby making the Trustee's Objection moot. The Trustee will allow Claim #4-1 as a general unsecured claim.

     Dated: June 8, 2015.

                                         Respectfully submitted,

                                         *s/ Christopher J. Redmond*
                                         CHRISTOPHER J. REDMOND, KS #7307
                                         Chapter 7 Trustee
                                         *Husch Blackwell LLP*
                                         4801 Main Street, Suite 1000
                                         Kansas City, Missouri 64112
                                         Telephone:    (816) 983-8000
                                         Facsimile:     (816) 983-8080

## CERTIFICATE OF SERVICE

      I hereby certify that on June 8, 2015, the above and foregoing document was filed electronically using CM/ECF and a true and correct copy of the above and foregoing was served as follows:

   __X__  upon filing, the CM/ECF system sent notification to the Office of the United States Trustee, Debtor(s)' counsel and all parties participating in the CM/ECF system in this matter.

   __X__  via U.S. Mail, first class, postage prepaid and properly addressed to the following:

>The Kansas University Endowment Association
>c/o Bessine Walterbach, LLP
>3000 NE Brooktree Lane, Suite 100
>Kansas City, MO  64119
>
>Christopher J. Simmons
>66 S. 18th St.
>Kansas City, KS  66102

                                                *s/ Cindy Houser*