**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 12th day of August, 2015.**



_____
Robert D. Berger
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 14-22649-7 RDB |
| CHRISTOPHER J. SIMMONS | ) | |
| Debtor. | ) | |

### ORDER AUTHORIZING DISTRIBUTION OF FEES AND EXPENSES

The Trustee of the above-captioned case has affirmed and the Court finds that appropriate notice was given to all creditors of the proposed distribution of the bankruptcy estate, the objection deadline has passed and no objections have been filed by any party in interest.

IT IS, THEREFORE, ORDERED that the Trustee is authorized to pay the fees and expenses requested in the Notice of intended distribution.

IT IS FURTHER ORDERED that any unclaimed funds be paid into the Clerk of the Bankruptcy Court pursuant to 11 U.S.C. §347(a) and Bankruptcy Rule 3011.

###

KCP-4610757-1

SUBMITTED BY:


*s/ Christopher J. Redmond*
CHRISTOPHER J. REDMOND, KS BAR #7307
Chapter 7 Trustee
*HUSCH BLACKWELL LLP*
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: 816-983-8000
Facsimile: 816-983-8080
christopher.redmond@huschblackwell.com

## SUMMARY PAGE

| | | |
|---|---|---|
| Total Receipts by Trustee: | $ | 1,447.00 |
| Total Disbursements to Date: | $ | 30.00 |
| Funds Currently on Hand: | $ | 1.417.00 |

\*\*\*

| | | |
|---|---|---|
| Total Trustee Fees: | $ | 361.75 |
| Less Amount Paid: | $ | 0.00 |
| Balance Due: | $ | 361.75 |
| | | |
| Total Attorney Fees: | $ | 0.00 |
| Less Amount Paid: | $ | 0.00 |
| Balance Due: | $ | 0.00 |

\*\*\*

| | | |
|---|---|---|
| Total Trustee Expenses: | $ | 143.20 |
| Less Amount Paid: | $ | 0.00 |
| Balance Due: | $ | 143.20 |
| | | |
| Total Attorney Expenses: | $ | 0.00 |
| Less Amount Paid: | $ | 0.00 |
| Balance Due: | $ | 0.00 |

\*\*\*

| | | |
|---|---|---|
| Court Costs Due: | $ | 0.00 |

\*\*\*

| | | |
|---|---|---|
| Funds Available for Distribution: | $ | 912.05 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 14-22649  
Case Name: Christopher J Simmons  
Trustee Name: Christopher J. Redmond Ch7  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX0005  
Checking  
Blanket Bond (per case limit): $15,000,000.00  
Separate Bond (if applicable):  

Taxpayer ID No: XX-XXX0690  
For Period Ending: 08/06/2015  

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/20/15 | 10 | Christopher Simmons | Turnover Per Request | 1124-000 | $500.00 | | $500.00 |
| 02/20/15 | 10 | Christopher Simmons | Turnover Per Request | 1124-000 | $500.00 | | $1,000.00 |
| 02/20/15 | | Christopher Simmons | Turnover Per Request | | $447.00 | | $1,447.00 |
| | | | Gross Receipts $447.00 | | | | |
| | 1 | | Cash $15.00 | 1129-000 | | | |
| | 2 | | Checking Account $50.00 | 1129-000 | | | |
| | 3 | | Savings Account $30.00 | 1129-000 | | | |
| | 10 | | Pro Rata Portion of 2014 Income Tax Refunds $352.00 | 1124-000 | | | |
| 04/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,432.00 |
| 05/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,417.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $1,447.00 | $30.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $1,447.00 | $30.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,447.00 | $30.00 |

UST Form 101-7-TFR (5/1/2011) (Page: 5)  Page Subtotals: $1,447.00  $30.00

Exhibit B

### TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0005 - Checking | $1,447.00 | $30.00 | $1,417.00 |
| | $1,447.00 | $30.00 | $1,417.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $1,447.00 |
| Total Gross Receipts: | $1,447.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*     Page Subtotals:     $0.00     $0.00

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-22649
Case Name: Christopher J Simmons
Trustee Name: Christopher J. Redmond Ch7

    Balance on hand                                              $             1,417.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Christopher J. Redmond, Chapter 7 Trustee | $ 361.75 | $ 0.00 | $ 361.75 |
| Trustee Expenses: Christopher J. Redmond, Chapter 7 Trustee | $ 143.20 | $ 0.00 | $ 143.20 |

    Total to be paid for chapter 7 administrative expenses           $          504.95
    Remaining Balance                                              $          912.05

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,558.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | North Kansas City Hospital | $ 932.74 | $ 0.00 | $ 33.28 |
| 2 | American Infosource Lp As Agent for | $ 1,638.00 | $ 0.00 | $ 58.45 |
| 3 | American Infosource Lp As Agent for | $ 410.00 | $ 0.00 | $ 14.63 |
| 4 | Endowment Association | $ 9,114.48 | $ 0.00 | $ 325.24 |
| 5 | A-1 Premium Acceptance Inc. | $ 4,116.90 | $ 0.00 | $ 146.91 |
| 6 | A-1 Premium Acceptance Inc. | $ 1,094.63 | $ 0.00 | $ 39.06 |
| 8 | Research Medical Center | $ 1,135.03 | $ 0.00 | $ 40.50 |
| 9 | Research Medical Center | $ 304.65 | $ 0.00 | $ 10.87 |
| 10 | Ashley Funding Services, LLC its successors and | $ 123.87 | $ 0.00 | $ 4.42 |
| 11 | Ashley Funding Services, LLC its successors and | $ 8.24 | $ 0.00 | $ 0.29 |
| 12 | ASHLEY FUNDING SERVICES LLC, its successors and assigns | $ 1,136.00 | $ 0.00 | $ 40.55 |
| 13 | Community America Credit Union | $ 5,544.25 | $ 0.00 | $ 197.85 |
| | Total to be paid to timely general unsecured creditors | | $ | 912.05 |

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re: )
 ) Case No. 14-22649-7 RDB
CHRISTOPHER J. SIMMONS )
 Debtor. )

## A F F I D A V I T

STATE OF MISSOURI )
 ) ss:
COUNTY OF JACKSON )

The undersigned, being first duly sworn, states:

1. That he is the Trustee in the above-captioned case.

2. That on the 15th day of July, 2015, he sent out a Notice of Trustee's Final Report and Applications For Compensation And Deadline To Object (NFR).

3. That as of the 10th day of August, 2015, he reviewed the case file and the docket in the above-captioned case; and

4. As of the review date, no objections to the Notice of Trustee's Final Report and Applications For Compensation And Deadline To Object (NFR) had been filed.

FURTHER AFFIANT SAITH NAUGHT.

*s/ Christopher J. Redmond*
CHRISTOPHER J. REDMOND, KS BAR #7307
Chapter 7 Trustee
*HUSCH BLACKWELL LLP*
4801 Main St., Suite 1000
Kansas City, Missouri 64112
Telephone: 816-983-8000
Facsimile: 816-983-8080
christopher.redmond@huschblackwell.com

Subscribed and sworn to before me this 10th day of August, 2015.

*s/ Therese M. Riley*
NOTARY PUBLIC

My Commission Expires: October 9, 2016
Commission Number: 12802976

KCP-4610757-1