# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS
### KANSAS CITY DIVISION

In re:                                      §
                                            §
Christopher J Simmons                       §        Case No. 14-22649
                                            §
              Debtor                        §

---

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Christopher J. Redmond Ch7, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 5,000.00 *(Without deducting any secured claims)* | Assets Exempt: 29,150.00 |
| Total Distributions to Claimants: 912.05 | Claims Discharged Without Payment: 171,737.74 |
| Total Expenses of Administration: 534.95 | |

3) Total gross receipts of $ 1,447.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 1,447.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 30,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 534.95 | 534.95 | 534.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 135,440.00 | 33,917.08 | 25,558.79 | 912.05 |
| **TOTAL DISBURSEMENTS** | $ 165,440.00 | $ 34,452.03 | $ 26,093.74 | $ 1,447.00 |

4) This case was originally filed under chapter 7 on 11/05/2014 . The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/13/2015                    By:/s/Christopher J. Redmond Ch7

                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Pro Rata Portion of 2014 Income Tax Refunds | 1124-000 | 1,352.00 |
| Cash | 1129-000 | 15.00 |
| Checking Account | 1129-000 | 50.00 |
| Savings Account | 1129-000 | 30.00 |
| TOTAL GROSS RECEIPTS | | $ 1,447.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 Exeter Finance Corp PO Box 166097 Irving TX 75016 | | 26,000.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 3)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 2 Mid-America Title Loans 1414 Independence Ave Kansas City MO 64106 | | 4,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 30,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Christopher J. Redmond, Chapter 7 Trustee | 2100-000 | NA | 361.75 | 361.75 | 361.75 |
| Christopher J. Redmond, Chapter 7 Trustee | 2200-000 | NA | 143.20 | 143.20 | 143.20 |
| Union Bank | 2600-000 | NA | 30.00 | 30.00 | 30.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 534.95** | **$ 534.95** | **$ 534.95** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 A-1 Premium Acceptance 8304 Wornall Kansas City MO 64114 | | 625.00 | NA | NA | 0.00 |
| | Creditor # :10 Burns Burns Walsh & Walsh PO Box 487 704 Topeka Ave Lyndon KS 66451-0487 | | 691.00 | NA | NA | 0.00 |
| | Creditor # :11 Capital One Bank Correspondence PO Box 85015 Richmond VA 23285-5015 | | 625.00 | NA | NA | 0.00 |
| | Creditor # :12 CBCS Collections PO Box 2724 Columbus OH 43216-2724 | | 2,200.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 5)

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :13 Check Into Cash 5915 Johnson Dr Mission KS 66201 | | 150.00 | NA | NA | 0.00 |
| | Creditor # :14 Checksmart 5358 Independence Ave Kansas City MO 64127 | | 130.00 | NA | NA | 0.00 |
| | Creditor # :15 Community America Credit Union PO Box 15950 Lenexa KS 66285-5950 | | 380.00 | NA | NA | 0.00 |
| | Creditor # :16 Community America Credit Union PO Box 15950 Lenexa KS 66285-5950 | | 6,500.00 | NA | NA | 0.00 |
| | Creditor # :17 Fedloan Servicing PO Box 69184 Harrisburg PA 17106 | | 65,000.00 | NA | NA | 0.00 |
| | Creditor # :18 JC Penney Bankruptcy Notices, GEMB PO Box 103104 Roswell GA 30076 | | 640.00 | NA | NA | 0.00 |
| | Creditor # :19 Kansas Counselors 8725 Rosehill Rd Lenexa KS 66215-4611 | | 750.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :2 Academy Bank P.O. Box 3400 Fort Leavenworth KS 66027 | | 1,120.00 | NA | NA | 0.00 |
| | Creditor # :20 King of Cash 8304 Wornall Road Kansas City MO 64112 | | 900.00 | NA | NA | 0.00 |
| | Creditor # :21 Labcorp PO Box 2240 Burlington NC 27216-2240 | | 124.00 | NA | NA | 0.00 |
| | Creditor # :22 Melvin K. Smith 12th & Dakota Leavenworth KS 66048 | | 1,200.00 | NA | NA | 0.00 |
| | Creditor # :23 Midland Management 8875 Aero Dr San Diego CA 92116 | | 515.00 | NA | NA | 0.00 |
| | Creditor # :24 Navy Federal Credit Union PO Box 3500 Merryfield VA 22119-3500 | | 1,800.00 | NA | NA | 0.00 |
| | Creditor # :25 NCO Financial 507 Prudential Rd Horsham PA 19044 | | 557.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :26 North Kansas City Hospital 2800 Clay Edwards Dr Kansas City MO 64116 | | 4,200.00 | NA | NA | 0.00 |
| | Creditor # :27 Overland Park Regional Medical 10500 Quivira Lenexa KS 66215 | | 6,000.00 | NA | NA | 0.00 |
| | Creditor # :28 Paycheck Advance 7008 W. 83rd St. Overland Park KS 66204 | | 600.00 | NA | NA | 0.00 |
| | Creditor # :29 POrtfolio Recovery Associates PO Box 12914 Norfolk VA 23541 | | 822.00 | NA | NA | 0.00 |
| | Creditor # :3 Ace Cash Express, Inc 8837 W 75th St Overland Park KS 66204 | | 300.00 | NA | NA | 0.00 |
| | Creditor # :30 Premier Bank 15301 W. 87th St. Lenexa KS 66219 | | 450.00 | NA | NA | 0.00 |
| | Creditor # :31 Quik Cash 3816 Main Kansas City MO 64111 | | 680.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :32 Research Medical Center PO Box 804429 Kansas City MO 64180-4429 | | 6,000.00 | NA | NA | 0.00 |
| | Creditor # :33 RSH & Associates PO Box 14515 Lenexa KS 66285 | | 125.00 | NA | NA | 0.00 |
| | Creditor # :34 Speedy Cash 3611 N. Ridge Rd. Wichita KS 67205 | | 588.00 | NA | NA | 0.00 |
| | Creditor # :35 Time Warner Cable 8143 Parallel Pkwy Kansas City KS 66112 | | 850.00 | NA | NA | 0.00 |
| | Creditor # :36 T-Mobile bankruptcy team POB 53410 Bellevue WA 98015-5341 | | 420.00 | NA | NA | 0.00 |
| | Creditor # :37 Unique National Collections 119 E Maple St Jeffersonville IN 47130 | | 148.00 | NA | NA | 0.00 |
| | Creditor # :38 University of Missouri-KC 112 Administrative Center 5100 Rockhill Road Kansas City MO 64110 | | 2,300.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :39 US Bank CB Disputes PO Box 108 Saint Louis MO 63166 | | 2,800.00 | NA | NA | 0.00 |
| | Creditor # :4 Ad Astra Recovery 3607 N Ridge Rd Suite 106 Wichita KS 67205 | | 600.00 | NA | NA | 0.00 |
| | Creditor # :40 USAA Federal Savings Bank 10750 McDermott Freeway San Antonio TX 78288-0578 | | 2,500.00 | NA | NA | 0.00 |
| | Creditor # :5 Advance America 539 E. Santa Fe Street Suite 1B Olathe KS 66061 | | 476.00 | NA | NA | 0.00 |
| | Creditor # :6 ARvest bank po box 1229 Bentonville AR 72712 | | 2,500.00 | NA | NA | 0.00 |
| | Creditor # :7 AT&T Prom II, Room 05 1200 Peachtree St NE Atlanta GA 30384 | | 0.00 | NA | NA | 0.00 |
| | Creditor # :8 Axis Intl 6273 Norht Oak Trafficway Kansas City MO 64118 | | 300.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 10)

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :9 Bank of America Correspondence Center PO Boxs 2493 Norfolk VA 23501 | | 525.00 | NA | NA | 0.00 |
| | Representing: A-1 Premium Acceptance | | 0.00 | NA | NA | 0.00 |
| | Representing: JC Penney | | 0.00 | NA | NA | 0.00 |
| 5 | A-1 Premium Acceptance Inc. | 7100-000 | 625.00 | 4,116.90 | 4,116.90 | 146.91 |
| 6 | A-1 Premium Acceptance Inc. | 7100-000 | NA | 1,094.63 | 1,094.63 | 39.06 |
| 2 | American Infosource Lp As Agent for | 7100-000 | 900.00 | 1,638.00 | 1,638.00 | 58.45 |
| 3 | American Infosource Lp As Agent for | 7100-000 | NA | 410.00 | 410.00 | 14.63 |
| 12 | ASHLEY FUNDING SERVICES LLC, its successors and assigns | 7100-000 | NA | 1,136.00 | 1,136.00 | 40.55 |
| 10 | Ashley Funding Services, LLC its successors and | 7100-000 | 124.00 | 123.87 | 123.87 | 4.42 |
| 11 | Ashley Funding Services, LLC its successors and | 7100-000 | NA | 8.24 | 8.24 | 0.29 |
| 13 | Community America Credit Union | 7100-000 | 6,500.00 | 5,544.25 | 5,544.25 | 197.85 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Community America Credit Union | 7100-000 | NA | 8,358.29 | 0.00 | 0.00 |
| 4 | Endowment Association | 7100-000 | NA | 9,114.48 | 9,114.48 | 325.24 |
| 1 | North Kansas City Hospital | 7100-000 | 4,200.00 | 932.74 | 932.74 | 33.28 |
| 8 | Research Medical Center | 7100-000 | 6,000.00 | 1,135.03 | 1,135.03 | 40.50 |
| 9 | Research Medical Center | 7100-000 | NA | 304.65 | 304.65 | 10.87 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 135,440.00 | $ 33,917.08 | $ 25,558.79 | $ 912.05 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 14-22649 | RDB | Judge: | Robert D. Berger | |
| Case Name: | Christopher J Simmons | | | | |
| For Period Ending: | 10/13/2015 | | | | |

| | |
|---|---|
| Trustee Name: | Christopher J. Redmond Ch7 |
| Date Filed (f) or Converted (c): | 11/05/2014 (f) |
| 341(a) Meeting Date: | 12/04/2014 |
| Claims Bar Date: | 05/22/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 15.00 | 15.00 | | 15.00 | FA |
| 2. Checking Account | 50.00 | 50.00 | | 50.00 | FA |
| 3. Savings Account | 30.00 | 30.00 | | 30.00 | FA |
| 4. Household Goods | 2,600.00 | 2,600.00 | | 0.00 | FA |
| 5. Clothing | 400.00 | 400.00 | | 0.00 | FA |
| 6. Costume Jewelry / Watches | 150.00 | 150.00 | | 0.00 | FA |
| 7. 401(k) Retirement Account | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 8. 2001 Nissan Altima | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. 2014 Kia Forte   Purchased 10/01/14 (No Proof of Timely Perfected Security Interest of Exeter Finance) | 24,000.00 | 24,000.00 | | 0.00 | FA |
| 10. Pro Rata Portion of 2014 Income Tax Refunds (u)   * Value computed from 2013 refunds, date of filing | 5,214.06 | 5,214.06 | | 1,352.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $39,459.06 | $38,459.06 | | $1,447.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

12/04/14 - Per Trustee to hold open as asset case
12/12/14 - Letter to Exeter Finance regarding proof of timely perfected security interest
12/12/14 - Initial Interim Report
12/12/14 - Request conflict check
12/12/14 - Application to Employ Counsel
12/12/14 - Correspondence to counsel regarding status and placing debtor on notice regarding 2014 returns and refunds; requested additional information and documentation
02/06/15 - Correspondence from counsel with 2014 tax return
02/06/15 - Correspondence to counsel requesting copy of Kansas Registration for Kia
02/10/15 - Information from counsel received; details to trustee's counsel for research and review
02/11/15 - Correspondence to counsel for turnover of non-exempt pro rata portion of 2014 refunds in the sum of $1,351.66, plus scheduled non-exempt cash on hand and on accounts of $95.00
02/11/15 - Notice of Recovery
** Claims Bar Date 05/22/2015 **
02/17/15 - Final notice to Exeter Finance that we do not believe they timely perfected their security interest; letter to counsel regarding issue and requesting proof of insurance on vehicle
03/02/15 - Letter to counsel requesting proof of insurance on Kia
03/06/15 - Draft Complaint prepared; letter to Exeter Finance Corp with Complaint in last attempt to resolve
NOTE:  Exeter provided proof of timely perfected security interest.
05/26/15 - Enter and review of claims filed
05/26/15 - Notice of Request for Costs
05/26/15 - Objection to Claim #4 (No Docs and Not Scheduled) - Objection withdrawn - Document provided
05/26/15 - Objection to Claim #7 (Amended by Claim 13, though not reflected as such)
06/17/15 - TFR prepared
07/14/15 - TFR approved by UST
07/15/15 - TFR filed


Initial Projected Date of Final Report (TFR): 06/30/2016          Current Projected Date of Final Report (TFR): 06/30/2016

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 14-22649

Case Name: Christopher J Simmons

Taxpayer ID No: XX-XXX0690

For Period Ending: 10/13/2015

Trustee Name: Christopher J. Redmond Ch7

Bank Name: Union Bank

Account Number/CD#: XXXXXX0005

Checking

Blanket Bond (per case limit): $15,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/20/15 | 10 | Christopher Simmons | Turnover Per Request | | 1124-000 | $500.00 | | $500.00 |
| 02/20/15 | 10 | Christopher Simmons | Turnover Per Request | | 1124-000 | $500.00 | | $1,000.00 |
| 02/20/15 | | Christopher Simmons | Turnover Per Request | | | $447.00 | | $1,447.00 |
| | | | Gross Receipts | $447.00 | | | | |
| | 1 | | Cash | $15.00 | 1129-000 | | | |
| | 2 | | Checking Account | $50.00 | 1129-000 | | | |
| | 3 | | Savings Account | $30.00 | 1129-000 | | | |
| | 10 | | Pro Rata Portion of 2014 Income Tax Refunds | $352.00 | 1124-000 | | | |
| 04/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $15.00 | $1,432.00 |
| 05/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $15.00 | $1,417.00 |
| 08/26/15 | 101 | Christopher J. Redmond c/o Husch Blackwell LLP 4801 Main Street, Suite 1000 Kansas City, MO  64112 | Fees and Expenses of Trustee Per 08/12/15 Order of Distribution | | | | $504.95 | $912.05 |
| | | Christopher J. Redmond | Final distribution representing a payment of 100.00 % per court order. | ($361.75) | 2100-000 | | | |
| | | Christopher J. Redmond | Final distribution representing a payment of 100.00 % per court order. | ($143.20) | 2200-000 | | | |
| 08/26/15 | 102 | North Kansas City Hospital 2800 Clay Edwards Drive Kansas City, MO  64116 | Final distribution to claim 1 representing a payment of 3.57 % per court order. | | 7100-000 | | $33.28 | $878.77 |

Page Subtotals:                    $1,447.00          $568.23

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-22649

Case Name: Christopher J Simmons

Trustee Name: Christopher J. Redmond Ch7

Bank Name: Union Bank

Account Number/CD#: XXXXXX0005

Checking

Taxpayer ID No: XX-XXX0690

For Period Ending: 10/13/2015

Blanket Bond (per case limit): $15,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/26/15 | 103 | American Infosource Lp As Agent for King of Kash PO Box 248838 Oklahoma City, OK 73124-8838 | Distribution | | | $73.08 | $805.69 |
| | | American Infosource Lp As Agent for | Final distribution to claim 2 ($58.45) representing a payment of 3.57 % per court order. | 7100-000 | | | |
| | | American Infosource Lp As Agent for | Final distribution to claim 3 ($14.63) representing a payment of 3.57 % per court order. | 7100-000 | | | |
| 08/26/15 | 104 | Endowment Association The KS Univerity Endowment Associate c/o Bessine Walterbach LLP 3000 NE Brooktree Lane, Ste 100 Kansas City, MO 64119 | Final distribution to claim 4 representing a payment of 3.57 % per court order. | 7100-000 | | $325.24 | $480.45 |
| 08/26/15 | 105 | A-1 Premium Acceptance Inc. c/o Pemd;etpm & Sutton LLC 1031 Vermont St., Ste B Lawrence, KS 66044 | Distribution | | | $185.97 | $294.48 |
| | | A-1 Premium Acceptance Inc. | Final distribution to claim 5 ($146.91) representing a payment of 3.57 % per court order. | 7100-000 | | | |
| | | A-1 Premium Acceptance Inc. | Final distribution to claim 6 ($39.06) representing a payment of 3.57 % per court order. | 7100-000 | | | |
| 08/26/15 | 106 | Research Medical Center Resurgent Capital Services PO Box 1927 Greenville, SC 29602 | Distribution | | | $51.37 | $243.11 |
| | | Research Medical Center | Final distribution to claim 8 ($40.50) representing a payment of 3.57 % per court order. | 7100-000 | | | |
| | | Research Medical Center | Final distribution to claim 9 ($10.87) representing a payment of 3.57 % per court order. | 7100-000 | | | |

Page Subtotals: $0.00 $635.66

Case 14-22649    Doc# 42    Filed 10/29/15    Page 16 of 18

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-22649

Case Name: Christopher J Simmons

Taxpayer ID No: XX-XXX0690

For Period Ending: 10/13/2015

Trustee Name: Christopher J. Redmond Ch7

Bank Name: Union Bank

Account Number/CD#: XXXXXX0005

Checking

Blanket Bond (per case limit): $15,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description of Transaction | | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/26/15 | 107 | Clerk, U.S. Bankruptcy Court | Claim #10 (Ashley Funding) and Claim #11 (Ashley Funding) to Court Per 08/12/15 Order of Distribution | | | $4.71 | $238.40 |
| | | Ashley Funding Services, LLC its successors and | Final distribution to claim 10 representing a payment of 3.57 % per court order. | ($4.42) | | 7100-000 | |
| | | Ashley Funding Services, LLC its successors and | Final distribution to claim 11 representing a payment of 3.57 % per court order. | ($0.29) | | 7100-000 | |
| 08/26/15 | 108 | ASHLEY FUNDING SERVICES LLC, its successors and assigns As Assignee of Reimbursement Technologies, Inc. Resurgent Capital ServicesP.O. Box 10587 Greenville, SC 29603-0587 | Final distribution to claim 12 representing a payment of 3.57 % per court order. | 7100-000 | | $40.55 | $197.85 |
| 08/26/15 | 109 | Community America Credit Union P.O. BOX 15950 Lenexa, KS 66285 | Final distribution to claim 13 representing a payment of 3.57 % per court order. | 7100-000 | | $197.85 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $1,447.00 | $1,447.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $1,447.00 | $1,447.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,447.00 | $1,447.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0005 - Checking | $1,447.00 | $1,447.00 | $0.00 |
| | $1,447.00 | $1,447.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $1,447.00 |
| Total Gross Receipts: | $1,447.00 |

Page Subtotals:                    $0.00          $0.00